ACCEPTED
01-15-00117-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/22/2015 2:39:59 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00117-CV

In the
Court of Appeals
for the First District of Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/22/2015 2:39:59 PM
CHRISTOPHER A. PRINE
Clerk

**LEAGUE CITY,**
*Appellant/Cross-Appellee,*

**v.**

**TEXAS WINDSTORM INSURANCE ASSOCIATION,**
*Appellees/Appellees.*

## SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF OF APPELLANT LEAGUE CITY

TO THE HONORABLE COURT OF APPEALS:

Appellant, League City, under the authority of TEX. R. APP. P. 10.5(b), asks for additional time to file its reply brief as appellant.

1.     The reply brief of appellant is due January 20, 2016 after the Court granted one extension request.

2.     This is League City's second request for an extension of time for filing its reply brief as appellant.

3.     League City respectfully requests a 21-day extension of time for filing its reply brief as appellant.  With the extension, League City's reply brief as appellant will be due on Wednesday, January 20, 2016.

49060_1

4.      An extension is necessary and warranted because counsel has been required to attend to other time-sensitive matters, including the following:

a.      Preparation of respondent's brief on the merits in No. 14-0721; *USAA Texas Lloyd's Company v. Gail Menchaca*; in the Supreme Court of Texas, filed November 20, 2015.

b.      Preparation of motion for rehearing in No. 01-14-00278-CV; *John Davis d/b/a J. D. House of Style v. National Lloyds Insurance Company*; in the First Court of Appeals, Houston, Texas, filed November 27, 2015.

c.      Preparation for hearing on motion for final decree in No. 2014-30215; *In the Matter of the Marriage of Evangelina Lopez Guzman Zaragoza and Miguel Zaragoza Fuentes, et al.*; in the 245th District Court, Harris County, Texas; held December 14, 2015.

d.      Preparation for hearing on motion for entry of judgment in No. 2013-61098; *Scott D. Martin and SKM Partnership, Ltd. v. Andrews Kurth LLP*; in the 234th District Court, Harris County, Texas; held December 14, 2015.

e.      Preparation of response to claimant's objections to continued service of arbitrator in Arbitration No. 01-14-0001-3289; *Amy Rozell, et al. v. Richard Pohil, M.D., et al.*; in the Arbitration Tribunals of the American Arbitration Association; filed December 18, 2015.

f.      Preparation of cross-respondent's brief on the merits in No. 14-1028; *Sun Development, L.P. v. Larry Hughes and Susan Hughes*; in the Supreme Court of Texas, due December 28, 2015.

g.      Preparation of response to petition for review in No. 15-0642, *Estate of Alfredo M. Pagayon, Deceased and Delia Pagayon, et al. v. Exxon Mobil Corporation*; in the Supreme Court of Texas, due January 4, 2016.

h.      Preparation of petitioner's reply brief on the merits in No. 14-1028; *Sun Development, L.P. v. Larry Hughes and Susan Hughes*; in the Supreme Court of Texas, due January 12, 2016.

i. Preparation of brief of appellant in No. 14-15-00702-CV; *Shabahram Yazdani-Beioky v. Abdee Sharifan*; in the Fourteenth Court of Appeals, Houston, Texas, due January 13, 2016.

j. Preparation of real-party-in-interest's brief on the merits in No. 15-0452; *In re National Lloyds Insurance Company*; in the Supreme Court of Texas, due January 27, 2015.

5. Counsel for appellant has conferred with counsel for appellee, Dale Wainwright, and TWIA is unopposed to the requested extension.

6. This request is not sought for delay, but in order that justice may be done. *See* TEX. R. APP. P. 10.5(b)(1)(C).

## PRAYER

Appellant, League City, asks this Court to grant an extension of 21 days, until Wednesday, January 20, 2016, to file its reply brief as appellant. League City also prays for any other relief to which it may be entitled.

Respectfully Submitted:

THE MOSTYN LAW FIRM

Gregory F. Cox
State Bar No. 00793561
gfcox@mostynlaw.com
6280 Delaware Street
Beaumont, Texas 77706
409.832.2777–telephone
409.832.2703–facsimile


THE MOSTYN LAW FIRM

Rene M. Sigman
State Bar No. 24037492
rmsigman@mostynlaw.com
3810 W. Alabama
Houston, Texas 77027
713.861.6616–telephone
713.861.8084–facsimile

HOGAN & HOGAN

By:     */s/ Jennifer Bruch Hogan*
         Jennifer Bruch Hogan
         State Bar No. 03239100
         jhogan@hoganfirm.com
         Richard P. Hogan, Jr.
         State Bar No. 09802010
         rhogan@hoganfirm.com
         James C. Marrow
         State Bar No. 24013103
         jmarrow@hoganfirm.com
Pennzoil Place
711 Louisiana, Suite 500
Houston, Texas 77002-2721
713.222.8800–telephone
713.222.8810–facsimile

Attorneys for Appellant

48620_1                              4

## CERTIFICATE OF CONFERENCE

Counsel for appellant has conferred with counsel for appellee, Dale Wainwright, and TWIA is unopposed to the motion for extension of time to file League City's reply brief as appellant.

/s/ Jennifer Bruch Hogan
Jennifer Bruch Hogan
Dated: December 22, 2015

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was forwarded to all counsel of record by the Electronic Filing Service Provider, if registered; a true and correct copy of this document was forwarded to all counsel of record not registered with an Electronic Filing Service Provider and to all other parties as follows:

Counsel for Texas Windstorm Insurance Association:

Dale Wainwright
BRACEWELL & GIULIANI LLP
111 Congress Avenue Suite 2300
Austin, Texas 78701-4061
*Via TexFile*

Andrew T. McKinney IV
LITCHFIELD CAVO LLP
One Riverway, Suite 1000
Houston, Texas 77056
*Via TexFile*

James R. Old, Jr.
JAY OLD & ASSOCIATES, PLLC
3560 Delaware, Suite 308
Beaumont, Texas 77706
*Via TexFile*

*/s/ Jennifer Bruch Hogan*
Jennifer Bruch Hogan
Dated: December 22, 2015